IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DOIEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:20-CV-0602-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's "Motion for Clarification," ECF No. 17, originally filed in the United States District Court for the Northern District of Texas and transferred to this Court on March 19, 2020.

In his motion, Plaintiff seeks information regarding the status of his case. He also seeks a copy of the Court's docket sheet for his case. While the Court does not entertain requests for status, the Court will direct that Plaintiff be provided a copy of the current docket sheet as well as a copy of the order transferring the case.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion for Clarification" is denied;

2. The Clerk of the Court is directed to send to Plaintiff a copy of the Court's docket sheet for this case; and

3. The Clerk of the Court is also directed to send Plaintiff a copy of the order at ECF No. 18, transferring this matter.

Dated:  October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE