**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ALLEN DOIEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:20-CV-0602-TLN-DMC-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's motion, ECF No. 24, for summary judgment. Plaintiff's motion is premature and should be denied, without prejudice, for this reason.

This case was originally filed in the United States District Court for the Northern District of Texas, Fort Worth Division. On March 17, 2020, that court severed Plaintiff's claims and transferred his claim under the Federal Tort Claims Act against the United States of America and his claim under the Eighth Amendment against Dr. Alfred to this Court. Other claims were transferred to the Abeline Division of the Northern District of Texas. To date, Defendants have not been served or answered the complaint, no schedule has been issued, and no discovery has occurred. Given that Defendants have no opportunity to respond to Plaintiff's motion, the Court finds that it would be premature to consider it.

///

Based on the foregoing, the undersigned recommends that Plaintiff's motion for summary judgment, ECF No. 24, be denied as premature and without prejudice to renewal following the close of discovery in this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE