IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN DOIEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:20-cv-00602-TLN-DMC<br><br><br>**ORDER** |

    Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On April 13, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 25.) No objections to the findings and recommendations have been filed.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2021, (ECF No. 25), are adopted in full; and

2. Plaintiff's motion for summary judgment, (ECF No. 24), is denied as premature and without prejudice to renewal following the close of discovery in this case.

Dated:  September 17, 2021

Troy L. Nunley
United States District Judge