PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DOIEL, | CASE NO. 2:20-CV-00602-TLN-DMC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES, | |
| Defendant. | |

    Pending before the Court is defendant the United States request to set a deadline for the United States to respond to the complaint.  Good cause appearing, the request is GRANTED.

    The docket contains a form purporting to show that the United States has been served.  *See* ECF 31.  The United States disputes the adequacy of the service under Federal Rule of Civil Procedure 4(i), and requests that the Court establish a deadline for its response to the complaint to avoid litigation concerning the adequacy of service of process.  In addition, the United States indicates that the Department of Justice requires additional time to determine whether the Department of Justice will provide representation to the individual federal employee defendant, who has not yet been served.  In this circumstance, the most efficient procedure is to set a deadline for the United States to respond to the complaint against it, which also provides additional time to determine whether the individual federal defendant will be represented by the Department of Justice.

    ///

    ///

[PROPOSED] ORDER    1

Accordingly, the United States shall file a response to the complaint on or before January 19, 2022.

IT IS SO ORDERED

Dated:  November 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER	2