```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ALAN DOIEL, | CASE NO. 2:20-CV-00602-TLN-DMC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES, | |
| Defendant. | |

Pending before the Court is the United States' request, submitted pursuant to 28 U.S.C. § 517, to extend the deadline for defendant Dr. D. Allred to respond to the complaint to January 19, 2022. Good cause appearing, the request is GRANTED.

The United States is evaluating whether the Department of Justice will provide representation for Dr. Allred in this matter. The additional time is necessary to permit that process to conclude. In addition, the United States' response to the complaint currently is due on January 19, 2022, and setting Dr. Allred's response to be due on the same date promotes efficiency.

///

///

///

///

///

[PROPOSED] ORDER         1

Accordingly, Dr. Allred shall file a response to the complaint on or before January 19, 2022.

IT IS SO ORDERED.

Dated: December 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE