PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DOIEL,<br><br>                    Plaintiff,<br><br>           v.<br><br>UNITED STATES,<br><br>                    Defendant. | CASE NO. 2:20-CV-00602-TLN-DMC<br><br>ORDER<br><br>JUDGE:    Hon. Dennis M. Cota<br><br>Local Rule 230(l) |

Pending before the Court is the United States' request to modify the briefing schedule on its motion to dismiss. Good cause appearing, the request is GRANTED.

On March 2, 2022, the United States filed a motion to dismiss. *See* ECF 41 (United States' motion). That motion was accompanied with a declaration and supporting exhibits and a proof of service. *See* ECF 41-2 through ECF 41-11. On March 14, 2022, Doiel filed an opposition to the United States' motion. *See* ECF 43. In his opposition, Doiel asserts that he did not receive a copy of all papers in support of the motion; specifically, he asserts that the documents he received were in disarray and were missing the Declaration of Jennifer Vickers with its accompanying attachments. *See* ECF 43 at 1.

The United States filed a proof of service of the original documents, and there is no evidence before the Court suggesting that proof of service was inaccurate. Nonetheless, given Doiel's statement that he did not receive all the documents, the United States has re-served the motion and all supporting documents on Doiel. In this circumstance, the interests of justice are best served by continuing the

briefing schedule to permit Doiel an opportunity to review all documents filed in support of the motion before responding.[1]

Accordingly, the parties shall comply with the following schedule. Doiel's opposition to the United States' motion to dismiss shall be filed no later than April 12, 2022. The United States' reply shall be filed no later than May 3, 2022. The United States' motion will be submitted for decision on the papers in compliance with Local Rule 230(l) after the United States files its reply or after May 3, 2022, whichever occurs first.

This order does not affect the briefing schedule for Dr. Allred's separately-filed motion to dismiss, which is governed by Local Rule 230(l).

IT IS SO ORDERED.

Dated: March 25, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Doiel argues that the Bureau of Prisons' Program Statement 5265.14, § 540.18(a) requires motion papers to be served by certified mail and marked as legal mail. But the section of the Program Statement Doiel cites does not impose any such requirement. The method for serving documents in federal litigation is governed by the Federal Rules of Civil Procedure and this Court's Local Rules.