UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN DOIEL, | No.  2:20-cv-00602-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 1, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.       The findings and recommendations filed March 1, 2023, are ADOPTED IN FULL;

2.       Defendant United States' motion to dismiss (ECF No. 41) is GRANTED as follows:

        a.       Any claims for medical malpractice occurring either before

1

December 15, 2016, or after December 14, 2017, are dismissed with prejudice for lack of jurisdiction;

b.     Any claims for medical malpractice occurring between December 15, 2016, and December 14, 2017, be dismissed with leave to amend;

3.     Defendant Allred's motion to dismiss (ECF No. 42) be GRANTED with leave to amend; and

4.     Plaintiff shall file a first amended complaint within 30 days of the date of this Order.

**Date:  March 27, 2023**

Troy L. Nunley
United States District Judge

2