# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN DOIEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | No.  2:20-CV-0602-TLN-DMC<br><br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On June 6, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  The parties have not filed any objections to the findings and recommendations.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2023 (ECF No. 56) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with Court rules and orders; and
3. The Clerk of the Court is directed to enter judgment and close this case.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge